# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

WHITNEY BOURG AND JOHN BOURG
ON BEHALF OF THEIR MINOR SON
LUKE BOURG, ET AL.

VERSUS

DENKA PERFORMANCE
ELASTOMERS, LLC; E.I. DU
PONT DE NEMOURS AND COMPANY;
DUPONT PERFORMANCE
ELASTOMERS, LLC, STATE OF
LOUISIANA, THROUGH
DEPARTMENT OF ENVIRONMENTAL
QUALITY; STATE OF LOUISIANA,
THROUGH DEPARTMENT OF
HEALTH; JORGE LAVASTIDA;
PATRICK WALSH; IVAN
CALDWELL; WALTER GLENN;
DAVID PIGEON; AND DORIS
GREGO

NO.   2023 CW 1035

**JANUARY 14, 2025**

---

In Re:   The Louisiana Department of Health, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 721073.

---

**BEFORE:   LANIER, EDWARDS, AND CALLOWAY,[1] JJ.**

   **WRIT DISMISSED.** This writ is dismissed pursuant to relator's motion to withdraw supervisory writ application, which represents that the claims of plaintiffs against relator have been resolved and requests that this writ application be withdrawn.

                              **WIL**
                              **BDE**
                              **CAC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
       FOR THE COURT

---

[1]**Calloway, J.,** serving as judge *pro tempore* of the Court of Appeal, First Circuit, by special appointment of the Louisiana Supreme Court.